230

84 A.3d 1060

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert BARNETT, Petitioner.

Supreme Court of Pennsylvania.

Feb. 6, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of February 2014, the Petition for Allowance of Appeal is **GRANTED,** the Superior Court's decision is **VACATED,** and the matter is **REMANDED** to the common pleas court for further proceedings consistent with *Commonwealth v. Holmes,* 79 A.3d 562 (Pa.2013).

84 A.3d 1060

COMMONWEALTH of Pennsylvania, Respondent

v.

Samuel CASTILLO, Petitioner.

Supreme Court of Pennsylvania.

Feb. 6, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 6th day of February 2014, the Petition for Allowance of Appeal is **GRANTED,** the Superior Court's decision is **VACATED,** and the matter is **REMANDED** to the common pleas court for further proceedings consistent with *Commonwealth v. Holmes,* 79 A.3d 562 (Pa.2013).

85 A.3d 434

**Patsy LANCE, Administratrix for the Estate of Catherine Ruth Lance, Deceased, Appellee**

**v.**

**WYETH, Formerly Known as American Home Products Corporation, Appellant.**

**Patsy Lance, Administratrix for the Estate of Catherine Ruth Lance, Deceased, Appellant**

**v.**

**Wyeth, Formerly Known as American Home Products Corporation, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 13, 2011.

Decided Jan. 21, 2014.